Decided September 14, 1994

STATE OF CONNECTICUT *v.* SCOTT ELIJAH

Decided September 14, 1994

STATE OF CONNECTICUT *v.* DENNY TATE

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 610 (AC 12270), is denied.

*Christopher M. Cosgrove,* assistant public defender, in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided September 14, 1994